FILED

12/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0641

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0641

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

       v.

THOMAS JERRY HILL,

    Defendant and Appellant.

_____

**ORDER**

_____

Upon consideration of Appellant's unopposed motion for extension of time, and good cause appearing, IT IS HEREBY ORDERED that the Appellant is granted an extension of time to and including January 26, 2025, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 6 2024